KLAUS P. RICHTER
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 1478
Billings, MT 59103
2929 Third Ave. North, Suite 400
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES DANIEL MURPHY,<br><br>Defendant. | CR 02-35-GF-SEH<br><br>**INDICTMENT**<br><br>THEFT FROM A BANK<br>Title 18 U.S.C. § 2113<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

That on or about 13th day of December, 2001, at Wolf Point, in the State and District of Montana, the defendant, JAMES DANIEL MURPHY, did take and carry away, with intent to steal or purloin, money, of a value exceeding $1,000, in the care, custody, control, management, or possession of First Community Bank, Wolf Point, Montana, a

bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(b).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrants _____
Bail _____